**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT  LOUISVILLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **NO. 3:05CR-148-S** |
| **RYAN CHRISTOPHER YOUNG** | **DEFENDANT** |

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

This matter has been referred to the undersigned Magistrate Judge by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11.  The appropriate wavier was executed by the defendant and filed in the record.  The Defendant, Ryan Christopher Young, by consent and with Laura Wyrosdick, Assistant Federal Defender, appointed counsel, appeared in open court on August 1, 2006, and entered a plea of guilty to Counts 4 and 6  of  the Superseding  Indictment with a written plea agreement.  The United States was represented by Trent Sandifur, Assistant United States Attorney. The hearing was recorder by Dena Legg, Court Reporter. At sentencing the United States will recommend dismissing the remaining counts. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, The Court determined that the guilty plea was knowledgeable and voluntary as to Counts 4 and 6  of the Superseding  Indictment, and that the offense charged is supported by an independent basis in fact concerning each of the essential elements of such offense. Therefore, the undersigned  recommend's  that the plea of guilty be accepted, and that the Defendant be adjudged guilty  to Counts 4 and 6 in the Superseding  Indictment  and have sentence imposed accordingly.  Sentencing is hereby scheduled for **November 20, 2006 at 11:00 a.m.**

before the Honorable Charles R. Simpson III, United States District Judge.  The trial date of

August 16, 2006 is **remanded** from the trial docket.

        The defendant shall have ten (10) days to file any objections to this

recommendation pursuant to Fed.R.Crim.P.  72(b), or waive the opportunity to do so.   The

defendant shall be **remanded** to the custody of the United States Marshal, pending further orders

of the Court .

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

40